UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 10, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ERIC D. WATSON, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1201(a)(1) |
| Defendant. | : | (Kidnapping) |
| | : | 18 U.S.C. § 2119(1) |
| | : | (Carjacking) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | (Using, Carrying, Brandishing, and |
| | : | Possessing a Firearm During and in |
| | : | Relation to a Crime of Violence) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 29, 2021, within the District of Columbia and elsewhere, **ERIC D. WATSON**, did unlawfully and willfully seize, confine, kidnap, abduct, inveigle, carry away and hold A.S, for the purpose of procuring property from A.S., and, in committing or in furtherance of the commission of the offense, A.S. was willfully transported and traveled in interstate commerce from Washington, D.C. to Alexandria, Virginia.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

## COUNT TWO

On or about the November 29, 2021, within the District of Columbia, **ERIC D. WATSON**, assisted an unidentified suspect in taking a motor vehicle, to wit, a 2012 Mercedes-Benz C300 bearing DC tag #GL 0239, that had been transported, shipped, and received in interstate commerce, in the presence of I.C-M. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119(1))

## COUNT THREE

On or about November 29, 2021, within the District of Columbia, **ERIC D. WATSON**, did unlawfully and knowingly use, brandish, and carry during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a silver in color handgun.

(**Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence or a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

## FORFEITURE ALLEGATION

1.     Upon conviction of the offense alleged in Counts Two or Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a silver in color handgun.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.

*Matthew M. Groves /GPR*
Attorney of the United States in
and for the District of Columbia.